In the Matter of ROBERT J. MULLINS, Appellant, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.

In the Matter of EMMANUELE W. MONGELLO, Appellant, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.

Argued January 16, 1939; decided February 21, 1939.

544

*Joseph F. Ryan* and *Abraham Bernard King* for appellants.
*William C. Chanler, Corporation Counsel (Jeremiah M. Evarts* and *Paxton Blair* of counsel), for respondents.

Orders affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.